# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1556

_____

Bruce Danielson

*Plaintiff - Appellant*

v.

Mike Huether; David A. Pfeifle; Marty Jackley; Heather Hitterdal; City of Sioux
Falls; State of South Dakota; John Doe

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: January 25, 2022
Filed: January 28, 2022
[Unpublished]
_____

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Bruce Danielson appeals following the district court's[1] adverse grant of summary judgment in his pro se civil rights action. After careful review of the record below, the parties' submissions on appeal, and the issues properly before us, we find no basis for reversal. We conclude the district court properly granted summary judgment. *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (reviewing grant of summary judgment de novo, viewing evidence and drawing all reasonable inferences in light most favorable to non-movant). Further, the district court did not err in declining Danielson's request to strike portions of the summary judgment record. *See Gallagher v. Magner*, 619 F.3d 823, 844 (8th Cir. 2010) (discussing the standard of review). Finally, we conclude the district court did not abuse its discretion in denying Danielson's post-judgment motion. *See United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.